LEWIS J. WEINSTEIN v.
INVESTORS SAVINGS & LOAN ASSOCIATION.

January 17, 1978. Petition for certification denied. (See
154 *N. J. Super.* 164)

STATE OF NEW JERSEY v. ALTON WYATT.

January 17, 1978. Petition for certification denied. (See
154 *N. J. Super.* 339)

NEW JERSEY REALTY CO. v. PRINCETON ARMS, INC.

January 17, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. LARRY F. THOMAS.

January 17, 1978. Petition for certification denied.

LOUIS S. GIAMPAVILO v. AERO TRUCKING.

January 17, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM G. SPRING.

January 17, 1978. Petition for certification denied.